**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LIU FENG.,** <br><br> Plaintiff, <br><br> v. <br><br> **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** <br><br> Defendants. | **Civil Action No. 1:25-cv-09209** |

**EXHIBIT B – SEALED DOCUMENT**

    This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit B will be filed separately under seal and will remain under seal until further order of this court.

| | |
|---|---|
| DATED August 4, 2025. | Respectfully submitted,<br><br>By: */s/ Hao Ni*<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br><br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>*Counsel for Plaintiff* |